Argued and submitted April 25, petition for judicial review dismissed June 6, reconsideration denied July 25, petition for review denied August 14, 1990 (310 Or 243)

OSA J. PEREZ,
*Petitioner,*

*v.*

STATE BOARD OF PAROLE,
*Respondent.*

(CA A62615)

792 P2d 1246

Sally L. Avera, Public Defender, Salem, argued the cause for petitioner. With her on the brief was Gary D. Babcock, Salem.

John A. Reuling, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks review of an order of the Board of Parole. By a previous order, the Board had established a parole release date for petitioner. He did not seek judicial review of that order but requested "administrative review of the decision by the Board." Its resulting order, from which he seeks judicial review, did not modify the original decision or in any way set a prison term; it only denied reconsideration. It is not a final order subject to review under ORS 144.335. We do not have jurisdiction.

Petition for judicial review dismissed.